UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
BRIAN FICHSLER,          :
                         :
            Plaintiff,   :
                         :
    -against-            :    ORDER
                         :
WWG CRESCENT LLC,        :    18 Civ. 8635 (GBD)
                         :
            Defendant.   :
                         :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
      March 5, 2019

                                                       SO ORDERED.

                                                       GEORGE B. DANIELS
                                                     United States District Judge